**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      Port Arthur Steam Energy, L.P. v. Oxbow Calcining LLC

Appellate case number:   01-20-00606-CV

Trial court case number: 2020-18313

Trial court:                    270th District Court of Harris County

     Appellee, Oxbow Calcining LLC, has filed an unopposed motion to file its brief under seal.

     We **grant** appellee's motion and direct the Clerk of this Court to seal the brief for appellee when it is filed. *See R.V.K. v. L.L.K.*, 103 S.W.3d 612, 614 (Tex. App.—San Antonio 2003, no pet.) (noting appellate court ordered clerk to seal parties' briefs that were replete with references to and copies of portions of record ordered sealed by trial court).

     It is so ORDERED.


Judge's signature: _____/s/ Julie Countiss_____
                                Acting individually


Date:  March 2, 2021